# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br> vs.<br>JOHN DOES 1 through 10,<br><br>        Defendants. | CASE NO. 12-CV-1051-LAB-DHB<br><br>**ORDER DISMISSING CASE** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Doe 6 is dismissed with prejudice and the remaining Does (1–5 and 7–10) are dismissed without prejudice. The parties shall bear their own fees and costs. The Clerk shall close this case.

**IT IS SO ORDERED**.

DATED: October 31, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -